**FILED**

JUL 26 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. W10-493M |
| ) | |
| Plaintiff, ) | **INFORMATION** |
| ) | [Count One: 18 U.S.C. §§7(3) & 13 and |
| ) | 641 – Theft of Government Property |
| v ) | Count Two: 18 U.S.C. §§7(3) & 13 and |
| ) | 21 U.S.C. § 844 – Simple Possession |
| COLIN M. ARMSTRONG ) | (Hydrocodone) |
| ) | Count Three: 18 U.S.C. §§7(3) & 13 and |
| Defendant, ) | 1382 – Unlawful Entry] |
| ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C §§7(3) & 13 and 641]

On or about October 2, 2009, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant

COLIN M. ARMSTRONG

did embezzle, steal, purloin, or knowingly convert to his use or the use of another property of the United States having a value not exceeding $1,000, to wit: merchandise of the Army and Air Force Exchange Service, in violation of Title 18, United States Code, Sections 7(3) & 13 and 641.

COUNT TWO
[18 U.S.C. §§7(3) & 13 and 21 U.S.C. § 844]

On or between October 2, 2009, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant

COLIN M. ARMSTRONG

did knowingly, intentionally and unlawfully possess some amount of Hydrocodone, a Schedule III controlled substance, in violation of Title 18, United States Code, Sections 7(3) & 13 and Title 21, United States Code, Section 844.

COUNT THREE
[18 U.S.C §§7(3) & 13 and 1382]

On or about October 2, 2009, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant

COLIN M. ARMSTRONG

did go upon a military reservation for a purpose prohibited by law or lawful regulation, or did re-enter or was found within a military reservation after having been removed therefrom or ordered not to return by an officer in command or in charge thereof, in violation of Title 18, United States Code, Sections 7(3) & 13 and 1382.

JOHN E. MURPHY
United States Attorney

By: *[signature]*
LIONEL MARTIN
Special Assistant United States Attorney

UNSEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: JULY 23, 2010          MPR #: 07428-09          CASE NO.
COUNTY: BELL
JUDGE: JEFFREY MANSKE
S.A.U.S.A.: LIONEL MARTIN

DEFENDANT:

COLIN M. ARMSTRONG

## OFFENSES & MAXIMUM PUNISHMENT

Count One: 18 U.S.C. §§7(3), 13 and 641 – Theft of Government Property – One year confinement; One year TSR; $100,000 fine; $25 SA.

Count Two: 18 U.S.C. §§7(3) & 13 and 21 U.S.C. §844 – Simple Possession (Hydrocodone) – 1 year confinement; 1 year TSR; $100,000 fine; and $25 SA.

Count Three: 18 U.S.C. §§7(3), 13 and 1382 – Unlawful Entry – Six months confinement; $5,000 fine; $10 SA.